No. 64206.—Frederik Lunning, Inc. *v.* United States, protest 59/33435 (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

No. 64207.—H. W. Robinson & Co., Inc. *v.* United States, protest 58/16947 (New York).

Opinion by Johnson, J. The protest was dismissed.

Before the First Division, May 19, 1960

No. 64208.—The Coldwater Seafood Corp. *v.* United States, protests 300859–K and 304175–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp. v. United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64209.—Osan Supply Co. *v.* United States, protest 59/16385(A) (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64210.—Eastern Commission Co., Inc. *v.* United States, protest 59/17168 (New York).